KAUFMAN OIL MILL et al., Appellants, v. PEOPLE'S NATIONAL BANK OF NOCONA, TEXAS, Appellee.

No. 3900.

Court of Civil Appeals of Texas. Texarkana.

Dec. 11, 1930.

Rehearing Denied Dec. 18, 1930.

J. W. Bailey, Jr., of Dallas, for appellants.

Leake, Henry, Wozencraft & Frank, of Dallas, for appellee.

LEVY, J.

This is a companion case of the case of Athens Oil Mill et al. v. Peoples National Bank of Nocona, Texas, 33 S.W.(2d) 536, just decided by this court. The statement and result of the latter case, being the same as this appeal, is here referred to and adopted. The same conclusion has been reached and the same ruling has been made by this court in this appeal as in the companion case mentioned.

The judgment, therefore, will be affirmed.